An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DOUGLAS A. ROTONDI,
Appellant,
vs.
DHI MORTGAGE COMPANY, LTD.;
INDYMAC MORTGAGE SERVICES;
MERS; NDEX WEST, LLC; AND
ONEWEST BANK, FSB,
Respondents.

No. 62416

**FILED**

MAY 3 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malone_
DEPUTY CLERK

### ORDER APPROVING STIPULATION TO DISMISS

The parties' May 13, 2013, stipulation to dismiss this appeal is approved, and this appeal is hereby dismissed. Per the stipulation the parties shall bear their own costs and attorney fees.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Marie K Lind_

cc:  Hon. Kathleen E. Delaney, District Judge
Douglas A. Rotondi
McDonald Carano Wilson LLP/Reno
McDonald Carano Wilson LLP/Las Vegas
Brooks Bauer LLP
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-16057